UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**11 CIV. 4648**

CHRISTOPHER BRODEUR
— Plaintiff
-against-

MICHAEL BLOOMBERG, THE CITY OF NEW YORK, MARTIN HORN, DORA B. SCHRIRO, THE US JUSTICE DEPT, RUDY GIULIANI, NY State, NY Attorney GENERALS OFFICE, The USA govt,

COMPLAINT

✓ JURY TRIAL

Hi, my name is Christopher X. Brodeur and I'm an infamous investigative reporter and whistleblower who has been falsely jailed and tortured over 30 times by NYC's notoriously-criminal City Hall (Mayors Giuliani & Bloomberg, and their cronies) (as even the press have called me City Hall's "#1 enemy") and this lawsuit mostly concerns RICO and violations of the Bill Of Right guarantees for the 7 months they jailed me in 2006 (for misdemeanor speech!) (i.e. they arrested me 3 DAYS after a cover story I wrote in the NYPress [a Village Voice-like paper] that was the most damaging article ever written about Emperor Bloomberg (who was in the middle of a difficult reelection campaign!) and when I wrote an even more career-destroying cover story 5 months later they jailed and tortured me again - mere days later (hm!) and so on) — as well as for over a dozen prior false arrests and numerous crimes of torture, etc, which I will prove at trial.

(Being that I was very young and they kept on falsely arresting me, year after year, and finding civil lawyers was not easy in the pre-internet era — and many of my arrests were chump change to good civil attorneys — I was never able to get any redress for many of these fake arrests. EX: Giuliani would order my arrests and even his detectives would apologize and say it was a political hit job and then, when my fellow reporters would ask tough questions, Giuliani would silently drop the charges!! I believe the statute of limitations on "1983" complaints has clearly run out but I found out RICO can be used by CIVILIANS, only last year. So I'm seeking redress for all those serious crimes from 1994 — 2002 as well as the 7 months of crimes while in custody in 2006.) Even today, I have FIVE bogus criminal trials pending (!) — ALL for... misdemeanor speech (!!) because I'm the #1 whistleblower in NYC. (Every day I pray I die. That's how evil these men are. It's taken unprecedented amounts of strength to not end my life. Being destroyed by the people you PAID to protect you is beyond words. It's chilling.)

1

Please pardon any sloppiness in my Pro Se complaint. (I do not even have access to any printer, and super "Mobster" Mayor Bloomberg just ended the ability of the poor to print out free copies at the public libraries because of budget cuts)(so he could give $70 million in gratuitous pay raises to his mob "family" like the $23,000 pay raise to Ray Kelly). (Bloomberg pays his pal $700,000 to run only 3 boros' library branches! See how "tight" the budget is? The crook raising tuition at CUNY is only paid $500,000 per year because we must "all" sacrifice, said Bloomberg!)

Also, keep in mind I am told by many lawyers that they are scared to represent me (even my "public defenders" in the criminal cases said this!)(even Ron Kuby got scared!) because my cases are much worse than representing killers or rapists or even alleged terrorists: I am literally the #1 enemy of super-powerful criminals Giuliani & Bloomberg! (Yikes!) These Mayors ran/run NYC like Boss Tweed & the 5 Crime Families' wet dream. Only the FEDS can save me/us.

I BEG OF THE COURT TO EXPEDITE this case because I am literally trapped in NYC unable to leave this overpriced, impossible city (and my famous name has been smeared by City Hall & all my fake arrests, ruining all aspects of my life, like getting jobs, apartment shares, etc). (Bloomberg is a billion times more powerful, criminal, & dangerous than crook Giuliani was. Even my fellow reporters stopped defending me as they angled for one of the 300 reporter jobs for $300K that Bloomberg News announced!)

I need to resolve all my legal cases and then get as far away from NYC as possible. I've even had to sleep outdoors and in parking garages, etc, recently, due to the total damage to my life by these super-mobsters who lost me two rent-stabilized homes etc! (It's far worse than I'm making it sound.)(The details will come out during the trial.)

We can settle this case just in a couple conferences. All my complaints are DOCUMENTED, like the 7 months they violated all my rights in Rikers, from law library access to letting a guard & prisoner assault me (the Inspector General then broke laws to cover it up!) to starving me b/c they violated my buddhist rights to vegetarian meals etc (I got a job in the kitchen to document their lies to previous FED judges!) and many more crimes than I will list here for today. (I even got my whole medical file that shows I lost 20 lbs — and going from 160 to 140 lbs tells you how much of that was fat! NONE.) I also NOW have Mayor Bloomberg's PR about how deadly sugar and unhealthy food is... yet THAT WAS ALL THEY SERVED! The details are shocking. They did all kinds of injuries to me which I will prove.

I HAVE INCLUDED Mr. Horn and Mrs. Schriro because they were/are the head of "Corrections" (where no one is ever corrected but that sure has an appropriate STALINISTIC ring to it) and I include

2

both the NY and Fed Attorney Generals because their DUTY was literally to Do Something about all the complaints I made to their offices over the years and protect our civil rights from these super-criminal mayors. (Even Amnesty International did reports on the slave-labor concentration camp called Rikers Island, but our 'law enforcement' protectors looked the other way out of professional courtesy.) None of the human rights violations I suffered were possible without the crimes of these Attorney Generals.

### RELIEF

Besides asking for $50 MILLION in damages and punitive costs — and wait til you hear some of the 10,000 crimes they did to me(!) (even Legal Aid lawyers said they've never seen ANYTHING like it) I ask that the CRIMINALS RESPONSIBLE pay, rather than innocent taxpayers. Mr. Giuliani & Mr. Bloomberg should not have done the crimes if they didn't want to pay the fines (and the "sovereign immunity" baloney they claim clearly violates Due Process and Equal Protection). I ALSO ASK FOR JAIL TIME, though I'm not certain that's possible in a CIVIL RICO case. And I'm asking that the court also uncover and charge the numerous other members of this super-crime "family" who assisted the named defendants. (I didn't want to bog this down by naming 3,000 John Does!)

I'm also asking for a wide variety of injunctive relief, to end their human rights violations in the Dept of "Corrections" and CB which I will comprehensively prove. (Scary Fact: all of my fake arrests were for being the victim of crime and complaining about it. That's why Giuliani initially declared war on me: his entire propaganda machine rested solely on his crimefighting lies and I was a crime victim publicly exposing this farce!) I will show 1st, 4th, 5th, 6th, 8th, 14th & RICO violations by these mass murderers. (I wish they'd shown me some mercy by ending my daily pain & suffering.)

I understand my signature = my assertion that any false statements could be perjury.

June 10th, 2011

*[signature]*

Christopher X. Brodeur
no steady address yet...
646-504-1260
EmpireGoodness@gmail.com